CENTER FOR DISABILITY ACCESS, LLP
M. ERIC PARKAN, ESQ., SBN 35687
MARK D. POTTER, ESQ., SBN 166317
RUSSELL C. HANDY, ESQ., SBN 195058
CHRISTIANA POYNTER, ESQ., SBN 234409
100 East San Marcos Blvd., Suite 400
San Marcos, CA 92069-2988
(760) 480-4162
Fax (760) 480-4170

Attorney for Plaintiff, LORIAN T. ELBERT

\*\*E-filed 12/20/06\*\*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORIAN T. ELBERT<br><br>Plaintiff,<br><br>v.<br><br>MANGOLD PROPERTY MANAGEMENT, INC., A California Corporation, and DOES 1 through 100, inclusive<br><br>Defendants. | Case No.: C-06 04144J (FRS)<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1)** |

## STIPULATION

IT IS STIPULATED by and between the parties hereto that this action be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as a result of the settlement of the action.

///

///

///

IT IS SO STIPULATED.

CENTER FOR DISABILITY ACCESS, LLP

Dated: 12-17-06

Mark D. Potter
Attorney for Plaintiff

HORAN LLOYD LAW OFFICES

Dated: 12/13/06

James Cook
Attorney for Defendant

12/20/06    IT IS SO ORDERED.

Judge Jeremy Fogel, US District Court

-2-

Stipulation for Dismissal

## PROOF OF SERVICE

ELBERT V. MANGOLD, ET AL.            Case # C0604144JFRS

I, the undersigned, am over the age of eighteen years and am resident of San Diego County, California; I am not a party to the above-entitled action; my business address is 100 East San Marcos Blvd., Suite 400, San Marcos, California, 92069.

On December 19, 2006 I served the following document(s):

**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P.41 (a)(1)**

Addressed to:

James Cook, Esquire
HORAN LLOYD LAW OFFICES
499 Van Buren Street
PO Box 3350
Monterey, CA 93942

☒  BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Marcos, California.
☐  BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.
☐  BY OVERNITE EXPRESS: I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Marcos, California.

Executed on December 19, 2006 from San Marcos, California.

I declare under penalty of purjury under the laws of the State of California that the above is true and correct.

_____
Jessica H. Stepp

PROOF OF SERVICE